UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KATHRYN ROSE HUNTER,
Plaintiff,
v.
CYNTHIA POLANCO, et al.,
Defendants.

Case No. 5:26-cv-02501-JFW-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 45). Further, the Court has engaged in a de novo review of those portions of the R&R to which objections (Dkt. 48) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Motions to Dismiss (Dkt. 9, 30) Plaintiff's Complaint (Dkt. 1) are granted.

IT IS FURTHER ORDERED that Judgment be entered dismissing Plaintiff's claims, as follows:

/ / /

1. Claim One (comprised of Plaintiff's 42 U.S.C. § 1983/First Amendment retaliation claims) is dismissed with prejudice and without leave to amend;
2. Claim Two (comprised of Plaintiff's claims arising under the Americans with Disabilities Act and section 504 of the Rehabilitation Act for disability discrimination) are dismissed without prejudice but without leave to amend due to Plaintiff's lack of standing;
3. Claim Three (comprised of Plaintiff's Individuals with Disabilities Education Act claims) is dismissed without prejudice but without leave to amend due to lack of administrative exhaustion; and
4. Claims Four and Five (comprised of Plaintiff's § 1983/Monell claims) are dismissed with prejudice and without leave to amend.

DATED: September 1, 2026

Hon. John F. Walter
UNITED STATES DISTRICT JUDGE