JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ROSE HUNTER, Plaintiff, v. CYNTHIA POLANCO, et al., Defendants. | Case No. 5:26-cv-02501-JFW-KES **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Complaint and the entire case are dismissed without leave to amend, as follows:

1. Claim One (comprised of Plaintiff's 42 U.S.C. § 1983/First Amendment retaliation claims) is dismissed with prejudice and without leave to amend;
2. Claim Two (comprised of Plaintiff's claims arising under the Americans with Disabilities Act and section 504 of the Rehabilitation Act for disability discrimination) are dismissed without prejudice but without leave to amend due to Plaintiff's lack of standing;
3. Claim Three (comprised of Plaintiff's Individuals with Disabilities Education

Act claims) is dismissed without prejudice but without leave to amend due to lack of administrative exhaustion; and

4. Claims Four and Five (comprised of Plaintiff's § 1983/Monell claims) are dismissed with prejudice and without leave to amend.

DATED: September 1, 2026

Hon. John F. Walter
UNITED STATES DISTRICT JUDGE